UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   19-10159 |
| Mattie Nichols | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO USE SELL OR LEASE PROPERTY 363(b)**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to USE SELL OR LEASE PROPERTY 363(b)
; the court being advised in the premises and due notice having been given;

IT IS HEREBY ORDERED:

1.  That Debtor's Motion to USE SELL OR LEASE PROPERTY 363(b) located at 614 South 7th Avenue, Maywood, IL 60153 is hereby granted.

2. The mortgage lien held by SN Servicing Corp., shall be paid in full at closing pursuant to a proper payoff letter or, in the event of a short-sale, payoff will be subject to SN Servicing Corp., short-sale approval.

3. Debtor will provide the Trustee with a complete copy of the closing statement within 10 days of closing.

4. Debtor will turn over all non exempt proceeds received from the sale after the Debtors homestead exemption is applied and all non exempt proceeds will be turned over to the Trustee toward the Chapter 13 Plan within 10 days of the closing.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling

United States Bankruptcy Judge

Dated:  May 23, 2019

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600