# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

    Mattie Nichols                                      Case No. 19-10159

    aka Mattie J Nichols                       Chapter 13

                                                        Judge Donald R. Cassling

                   Debtor

_____/

## NOTICE OF MOTION TO EXTEND TIME TO FILE A CLAIM

       Counsel for SN Servicing Corporation as servicer for TF-SN Note Investments LLC ("Movant") has filed a Motion to Extend Time to File a Claim.

       **PLEASE TAKE NOTICE** that the court will hold a hearing on the request to extend time to file a claim.

       This hearing will take place on June 27, 2019 at 9:30 am, before the Hon. Donald R. Cassling, at Cook Dirksen Courthouse, 219 South Dearborn, Room 619, Chicago, IL 60604

Dated: June 19, 2019                                */s/ Marc G. Wagman*

## AFFIDAVIT OF SERVICE

       I, Catherine Scanlan declare under the penalty of perjury that on the 19th day of June 2019, I served a copy of the Notice of Motion and Motion to Allow Late Claim and Affidavit of Service upon:

| | |
|---|---|
| Mattie Nichols | David H Cutler |
| 614 S 7th Ave. | Cutler & Associates, Ltd. |
| Maywood, IL 60153 | 4131 Main St. |
| | Skokie, IL 60076 |
| | |
| Patrick S Layng | Tom Vaughn |
| Office of the U.S. Trustee, Region 11 | 55 E. Monroe Street, Suite 3850 |
| 219 S Dearborn St | Chicago, IL 60603 |
| Room 873 | |
| Chicago, IL 60604 | |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to the Debtor and via CM-ECF electronic filing to Debtor's Attorney, Office of the US Trustee and Trustee.

                                                           */s/ Catherine Scanlan*
                                                           Catherine Scanlan

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:

| | |
|---|---|
| Mattie Nichols<br>aka Mattie J Nichols<br><br>Debtor, | Case No. 19-10159<br>Chapter 13<br>Judge Donald R. Cassling |

## MOTION TO EXTEND TIME TO FILE A CLAIM

SN Servicing Corporation as servicer for TF-SN Note Investments LLC ("Movant") moves this Court for an Order to Extend Time to File a Claim with respect to the Real Property Located at 614 S. 7th Avenue, Maywood, IL 60153:

1. Debtor filed this Chapter 13 Bankruptcy case on April 8, 2019

2. The Proof of Claim bar deadline expired on June 17, 2019.

3. Creditor requires additional time to prepare and file the Proof of Claim.

4. Debtor's initial petition and schedules listed the creditor's address as Potestivo & Associates, P.C., and failed to serve the notice on the actual creditor.

5. Potestivo & Associates, P.C., is not the agent for the creditor, and the notice was insufficient pursuant to Bankruptcy Rule 1007.

6. Creditor hereby requests an extension to the deadline to file a proof of claim in the above captioned case to June 30, 2019.

7. The Debtor's Chapter 13 has not been confirmed by this Honorable Court.

8. Creditor's counsel just received the referral today for the creditor's proof of claim, and good cause exists to extend the time to file the creditors claim.

**WHEREFORE,** Movant requests that this Honorable Court approve the Motion to Allow a Late Claim with respect to the real property located at 614 S. 7th Avenue, Maywood, IL 60153 and extend the time to file the claim to June 30, 2019, and allow said claim to stand.

Dated: June 19, 2019

/s/ *Marc G. Wagman*
Potestivo & Associates, P.C.
Marc G. Wagman (6282192)
223 W Jackson Blvd., Suite 610
Chicago, IL 60606
Telephone: 312-263-0003
Main Fax: 312-263-0002
Cook County Firm ID #: 43932
DuPage County Firm ID #: 223623
Attorneys for SN Servicing Corp
Our File No.: 115423
mwagman@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

    Mattie Nichols                               Case No. 19-10159
    aka Mattie J Nichols                Chapter 13
                                             Judge Donald R. Cassling

           Debtor,

_____/

**PROOF OF SERVICE**

     I, Catherine Scanlan state that on the 18th day of June 2019, I served a copy of the Motion to Allow a Late Claim, Proposed Order, and Proof of Service of same upon:

    David H Cutler                        Tom Vaughn
    Cutler & Associates, Ltd.        55 E. Monroe Street
    4131 Main St.                         Suite 3850
    Skokie, IL 60076                 Chicago, IL 60603

    Office of the U.S. Trustee, Region 11
    219 S. Dearborn St.
    Room 873
    Chicago, IL 60604

by placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtor and via CM-ECF electronic filing to Debtor's, Attorney, and the Trustee.

                                                      */S/Catherine Scanlan*
                                                      Catherine Scanlan

Case 19-10159    Doc 19    Filed 06/19/19    Entered 06/19/19 11:03:53    Desc Main
Document      Page 5 of 5