UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-10159
Mattie Nichols )
aka Mattie J Nichols )  Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE A CLAIM**

WHEREAS SN Servicing Corporation as servicer for TF-SN Note Investments LLC(herein known as "Movant") has filed a Motion to Extend Time to File a Claim and notice of said motion has been submitted and no objections have been filed hereto:

IT IS HEREBY ORDERED:
1. The Motion to Allow Late Claim is granted for lack of notice and good cause.

2. That Movant shall have until June 30, 2019, to file its secured Proof of Claim.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  June 27, 2019

**Prepared by:**

Marc G. Wagman